UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | 2:16-cv-04205-CAS(PLAx) | Date | June 17, 2016 |
|---|---|---|---|
| Title | JEANNIE B. HOBERT v. WILMINGTON SAVINGS FUND SOCIETY, FSB, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   (IN CHAMBERS) - PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION (Dkt. 3, filed June 13, 2016)

Plaintiff requests that the Court issue a temporary restraining order preventing defendant Wilmington Savings Fund Society or the Los Angeles County Sheriff's department from taking further steps to "deprive Plaintiff of her residence," including by evicting her.  As a preliminary matter, plaintiff's application was filed without notice to defendants, and plaintiff does not certify in writing her "efforts made to give notice and the reasons why it should not be required" pursuant to Federal Rule of Civil Procedure 65(b)(1)(B).

Moreover, the Court finds that it lacks the authority to grant the relief plaintiff has requested.  In her application, plaintiff concedes that her home has already been the subject of an unlawful detainer action in California state court and that a judgment was entered in favor of defendants.  See Application, at 1, 12.  "Numerous district courts have found that the Anti–Injunction Act, 28 U.S.C. § 2283, prohibits a federal district court from issuing a temporary restraining order staying unlawful detainer proceedings in state court." Le v. 1st Nat. Lending Servs., 2013 WL 2555556, at *2 (N.D. Cal. Jul. 7, 2013); see also Farah v. Wells Fargo Home Mortgage, 2013 W L 1397405 (N.D. Cal. Apr. 5, 2013); Michener v. Wells Fargo Home Mortgage, 2012 WL 3027538 (N.D. Cal. July 24, 2012); Fajardo v. Ross, 2012 WL 2589244 (E.D. Cal. July 3, 2012); Carrasco v. HSBC Bank USA, N.A., 2012 WL 646251 at *3–4 (N.D. Cal. Feb.28, 2012); Scherbenske v. Wachovia Mortgage, FSB, 626 F. Supp. 2d 1052, 1059 (E.D. Cal. 2009).  Moreover, courts have found that the Anti-Injunction Act also prohibits district courts from staying a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**          'O'

| Case No. | 2:16-cv-04205-CAS(PLAx) | Date | June 17, 2016 |
|---|---|---|---|
| Title | JEANNIE B. HOBERT v. WILMINGTON SAVINGS FUND SOCIETY, FSB, ET AL. | | |

state unlawful detainer proceeding "by postponing enforcement of judgment," as plaintiff requests in the instant application. Halajian v. Deutsche Bank Nat. Trust Co., 2012 WL 1833941, at *2 (E.D. Cal. May 18, 2012); see also McKinney v. Citi Residential Lending, Inc., 2016 WL 499346, at *2 (S.D. Cal. Feb. 9, 2016).

Accordingly, for the foregoing reasons, the Court **DENIES** plaintiff's application for a temporary restraining order.

IT IS SO ORDERED

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |