UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-04205-CAS(PLAx) | Date | June 28, 2016 |
|---|---|---|---|
| Title | JEANNIE B. HOBERT V. WILMINGTON SAVINGS FUND SOCIETY FSB, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

Not Present                                              Not Present

**Proceedings:**    (IN CHAMBERS) - ORDER TO SHOW CAUSE

On January 29, 2016, plaintiff filed an action, Jeanie Hobert v. Wilmington Saving Fund FSB, et al., Case No: 2:16-cv-00657-CAS-PLA ("Hobert I"), before this court. In Hobert I, plaintiff named Wilmington Saving Fund Society, FSB ("Wilmington") and Statebridge Company, LLC ("Statebridge") as defendants and asserted claims for (1) Violation of 15 U.S.C. § 1681i of the Fair Credit Reporting Act; (2) Invasion of Privacy; (3) Negligent, Wanton, and/or Intentional Hiring and Supervision of Incompetent Employees or Agents; and (4) Violation of 15 U.S.C. § 1692 of the Fair Debt Collections Practices Act. Hobert I, Dkt. 1. On March 17, 2016, the defendants in Hobert I filed a motion to dismiss plaintiff's complaint, Dkt. 11, and, on May 24, 2016, the Court granted defendants' motion, Dkt. 23. The Court granted defendants' motion without prejudice and provided plaintiff with twenty days in which to file an amended complaint. Dkt. 23, at 20. In granting plaintiff leave to amend, the Court expressly stated:

> Plaintiff may not plead additional claims or add allegations that are not intended to cure the specific defects the Court has noted. Should any amended complaint exceed the scope of leave to amend granted by this order, the Court will strike the offending portions under Rule 12(f).

Id. at 20. Plaintiff failed to file an amended complaint within the twenty days provided for in the Court's order. Accordingly, on June 24, 2016, the Court dismissed Hobert I with prejudice. Dkt. 24.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-04205-CAS(PLAx) | Date | June 28, 2016 |
|---|---|---|---|
| Title | JEANNIE B. HOBERT V. WILMINGTON SAVINGS FUND SOCIETY FSB, ET AL. | | |

      On June 13, 2016, plaintiff initiated this action, Hobert II, against defendants Wilmington and Statebridge and naming, as new defendants, Fay Servicing and Does 1 through 10. Hobert II, Dkt. 1. In her complaint in Hobert II, plaintiff asserts thirteen new claims for relief which were not raised in her complaint in Hobert I. As stated above, when the Court granted plaintiff leave to amend her complaint in Hobert I it did not grant plaintiff leave to add additional parties and claims. Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing no later than July 11, 2016 why her complaint in Hobert II should not be stricken for failure to seek leave to add additional parties and claims.

      IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |